AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LARO, DAVID | UNITED STATES TAX COURT | 05/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR JUDGE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

400 SECOND STREET, N.W.
ROOM 217
WASHINGTON, D.C. 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty | Georgetown University Law Center |
| 2. | Visiting faculty | U. of San Diego Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 05/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Georgetown Law Center- Salary | $3,200.00 |
| 2. 2011 | Teaching, U. of San Diego Law School | $15,500.01 |
| 3. 2011 | John Wiley & Sons, Inc. (book royalties) | $20.95 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of San Diego Law School | Jan/Feb. | San Diego | Teaching | Meals, Hotel Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| **LARO, DAVID** | 05/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | F | Interest | P2 | T | | | | | |
| 2. -Fairfax Co. VA EDA TSPTN 4/1/15 | | | | | | | | | |
| 3. -VA Comwealth Tran Bd Tran 5/15/16 | | | | | | | | | |
| 4. -Virginia St HSG Dev Auth 4/1/18 | | | | | | | | | |
| 5. -Virginia St B/E DD | | | | | | | | | |
| 6. -Morgan Stanley Smith Barney Bank Deposit Program Accounts | | | | | | | | | |
| 7. -American Express Centurion Bank CD | | | | | Matured | 06/23/11 | L | | |
| 8. -American Express Centurion Bank CD | | | | | Matured | 06/23/11 | L | | |
| 9. -American Express Centurion Bank CD | | | | | Matured | 06/23/11 | K | | |
| 10. -Discover Bank-DE CD | | | | | Matured | 06/23/11 | L | | |
| 11. -Discover Bank-DE CD | | | | | Matured | 06/23/11 | L | | |
| 12. -Discover Bank-DE CD | | | | | Matured | 06/23/11 | K | | |
| 13. -First Bank of Puerto Rico CD | | | | | Matured | 06/23/11 | L | | |
| 14. -First Bank of Puerto Rico CD | | | | | Matured | 06/23/11 | L | | |
| 15. -First Bank of Puerto Rico CD | | | | | Matured | 06/23/11 | K | | |
| 16. -Cole Taylor Bank IL CD | | | | | Matured | 06/29/11 | L | | |
| 17. -Cole Taylor Bank IL CD | | | | | Matured | 06/29/11 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LARO, DAVID** | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Cole Taylor Bank IL CD | | | | | Matured | 06/29/11 | K | | |
| 19.  -Bank of China-NY CD | | | | | Buy | 06/28/11 | L | | |
| 20.  -Bank of China-NY CD | | | | | Buy | 06/28/11 | L | | |
| 21.  -Bank of China-NY CD | | | | | Buy | 06/28/11 | K | | |
| 22.  -GE Money Bank-UT CD | | | | | Buy | 08/17/11 | L | | |
| 23.  -GE Money Bank-UT CD | | | | | Buy | 08/17/11 | L | | |
| 24.  -GE Money Bank-UT CD | | | | | Buy | 08/17/11 | K | | |
| 25.  -GE Capital Financial Inc.-UT CD 2/21/12 | | | | | Buy | 08/17/11 | K | | |
| 26.  -Bank of Baroda-NY CD | | | | | Buy | 08/17/11 | L | | |
| 27.  -Bank of Baroda-NY CD | | | | | Buy | 08/17/11 | L | | |
| 28.  -Bank of Baroda-NY CD | | | | | Buy | 08/17/11 | K | | |
| 29.  -Bank of Hapoalim B.M.-NY CD | | | | | Buy | 08/17/11 | L | | |
| 30.  -Bank of Hapoalim B.M.-NY CD | | | | | Buy | 08/17/11 | L | | |
| 31.  -Bank of Hapoalim B.M.-NY CD | | | | | Buy | 08/17/11 | K | | |
| 32.  -GE Capital Financial Inc.-UT CD | | | | | Buy | 09/28/11 | L | | |
| 33.  -GE Capital Financial Inc.-UT CD | | | | | Buy | 09/28/11 | L | | |
| 34.  -GE Capital Financial Inc.-UT CD | | | | | Buy | 09/28/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LARO, DAVID** | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Beal Bank USA-NV CD | | | | | Buy | 09/28/11 | L | | |
| 36.  -Beal Bank USA-NV CD | | | | | Buy | 09/28/11 | L | | |
| 37.  -Beal Bank USA-NV CD | | | | | Buy | 09/28/11 | K | | |
| 38.  -Beal Bank SSB-TX CD | | | | | Buy | 09/28/11 | L | | |
| 39.  -Beal Bank SSB-TX CD | | | | | Buy | 09/28/11 | L | | |
| 40.  -Beal Bank SSB-TX CD | | | | | Buy | 09/28/11 | K | | |
| 41.  -Apple Bank for Savings NY CD | | | | | Buy | 09/28/11 | L | | |
| 42.  -Apple Bank for Savings NY CD | | | | | Buy | 09/28/11 | L | | |
| 43.  -Apple Bank for Savings NY CD | | | | | Buy | 09/28/11 | K | | |
| 44.  -Compas Bank-AL CD | | | | | Buy | 09/28/11 | L | | |
| 45.  -Compas Bank-AL CD | | | | | Buy | 09/28/11 | L | | |
| 46.  -Compas Bank-AL CD | | | | | Buy | 09/28/11 | K | | |
| 47.  -Goldman Sachs Bank USA-NY CD | | | | | Buy | 09/28/11 | L | | |
| 48.  -Goldman Sachs Bank USA-NY CD | | | | | Buy | 09/28/11 | L | | |
| 49.  -Goldman Sachs Bank USA-NY CD | | | | | Buy | 09/28/11 | K | | |
| 50.  -Ally Bank-UT CD | | | | | Buy | 09/28/11 | L | | |
| 51.  -Ally Bank-UT CD | | | | | Buy | 09/28/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ally Bank-UT CD | | | | | Buy | 09/28/11 | K | | |
| 53. -American Express Centurio-UT CD | | | | | Buy | 09/28/11 | L | | |
| 54. -American Express Centurio-UT CD | | | | | Buy | 09/28/11 | L | | |
| 55. -Chicago IL Met WTR Bond 1675 | | | | | | | | | |
| 56. -Clark Cty Nev RFDG Bond 1808 | | | | | | | | | |
| 57. -Lubbock Tex CTFS Oblig Bond 5491 | | | | | | | | | |
| 58. -IL St First Ser MBIA Bond 4521 | | | | | | | | | |
| 59. -Ohio St Wtr Dev Auth Bond 6776 | | | | | | | | | |
| 60. -Norfolk Va RFDG Cap Bond 6558 | | | | | | | | | |
| 61. -Va Pub Sch Au Sch Fin Bond 9281 | | | | | | | | | |
| 62. -Va Pub Bldg Auth Bond 9281 | | | | | | | | | |
| 63. -Loundon CntyVA GO Bond 5458 | | | | | | | | | |
| 64. -Puerto Rico Elec Pwr Bond 7452 | | | | | | | | | |
| 65. -Va College Bldg Auth Bond 9277 | | | | | | | | | |
| 66. -Arlington Cnty Va Rfdg Pub Bond 0414 | | | | | | | | | |
| 67. -Virginia ST RFOG-serB 06//01/14 | | | | | Buy | 09/21/11 | L | | |
| 68. -Prince William County Va PUB IMPT 08/01/15 | | | | | Buy | 09/29/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Arlingon County Va PUB IMP-serB 08/15/17 | | | | | Buy | 09/29/11 | M | | |
| 70. -Capital One (formerly Chevy Chase) Accounts | | | | | | | | | |
| 71. -Citibank Accounts | | | | | | | | | |
| 72. -Citibank CD | | | | | Matured | 09/26/11 | M | | |
| 73. -Citibank CD | | | | | Buy | 09/26/11 | M | | |
| 74. -Citigroup Inc. | | | | | | | | | |
| 75. -U.S. Treasury Bill | | | | | Matured | 02/24/11 | O | | |
| 76. -U.S. Treasury Bill | | | | | Buy | 02/23/11 | O | | |
| 77. -U.S. Treasury Bill | | | | | Matured | 03/31/11 | O | | |
| 78. -U.S. Treasury Bill | | | | | Buy | 04/04/11 | O | | |
| 79. -U.S. Treasury Bill | | | | | Matured | 05/12/11 | O | | |
| 80. -U.S. Treasury Bill | | | | | Buy | 05/11/11 | O | | |
| 81. -U.S. Treasury Bill | | | | | Matured | 09/29/11 | O | | |
| 82. -U.S. Treasury Bill | | | | | Matured | 02/24/11 | O | | |
| 83. -U.S. Treasury Bill | | | | | Buy | 02/23/11 | O | | |
| 84. -U.S. Treasury Bill | | | | | Matured | 03/31/11 | O | | |
| 85. -U.S. Treasury Bill | | | | | Buy | 04/04/11 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -U.S. Treasury Bill | | | | | Matured | 05/12/11 | O | | |
| 87. -U.S. Treasury Bill | | | | | Buy | 05/11/11 | O | | |
| 88. -U.S. Treasury Bill | | | | | Matured | 09/29/11 | O | | |
| 89. -U.S. Treasury Bill | | | | | Matured | 02/24/11 | O | | |
| 90. -U.S. Treasury Bill | | | | | Buy | 02/23/11 | O | | |
| 91. -U.S. Treasury Bill | | | | | Matured | 03/31/11 | O | | |
| 92. -U.S. Treasury Bill | | | | | Buy | 04/04/11 | O | | |
| 93. -U.S. Treasury Bill | | | | | Matured | 05/12/11 | O | | |
| 94. -U.S. Treasury Bill | | | | | Buy | 05/11/11 | O | | |
| 95. -U.S. Treasury Bill | | | | | Matured | 09/29/11 | O | | |
| 96. -U.S. Treasury Bill | | | | | Matured | 02/24/11 | O | | |
| 97. -U.S. Treasury Bill | | | | | Buy | 02/23/11 | O | | |
| 98. -U.S. Treasury Bill | | | | | Matured | 03/31/11 | O | | |
| 99. -U.S. Treasury Bill | | | | | Buy | 04/04/11 | O | | |
| 100. -U.S. Treasury Bill | | | | | Matured | 05/12/11 | O | | |
| 101. -U.S. Treasury Bill | | | | | Buy | 05/11/11 | O | | |
| 102. -U.S. Treasury Bill | | | | | Matured | 09/29/11 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -U.S. Treasury Bill | | | | | Matured | 02/24/11 | N | | |
| 104. -U.S. Treasury Bill | | | | | Buy | 02/23/11 | N | | |
| 105. -U.S. Treasury Bill | | | | | Matured | 03/31/11 | N | | |
| 106. -U.S. Treasury Bill | | | | | Buy | 04/04/11 | N | | |
| 107. -U.S. Treasury Bill | | | | | Matured | 05/12/11 | O | | |
| 108. -U.S. Treasury Bill | | | | | Buy | 05/11/11 | O | | |
| 109. -U.S. Treasury Bill | | | | | Matured | 09/29/11 | O | | |
| 110. -U.S. Treasury Bill | | | | | Buy | 07/05/11 | O | | |
| 111. -U.S. Treasury Bill | | | | | Matured | 08/18/11 | O | | |
| 112. -U.S. Treasury Bill | | | | | Buy | 09/29/11 | P1 | | |
| 113. Trust #2 | F | Interest | P1 | T | | | | | |
| 114. - DirectTV Group, Inc. | | | | | | | | | |
| 115. -Intel Stock | | | | | | | | | |
| 116. -Medco Health Solutions,Inc. | | | | | | | | | |
| 117. -Virginia St Res Auth Clean Wtr | | | | | | | | | |
| 118. -Hampton Roads Santn Dist Va | | | | | | | | | |
| 119. -Morgan Stanley Smith Barny Bank Deposit Program Accounts | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -American Express Centurion Bank CD | | | | | Matured | 06/23/11 | L | | |
| 121.  -American Express Centurion Bank CD | | | | | Matured | 06/23/11 | L | | |
| 122.  -American Express Centurion Bank CD | | | | | Matured | 06/23/11 | K | | |
| 123.  -Discover Bank DE CD | | | | | Matured | 06/23/11 | L | | |
| 124.  -Discover Bank DE CD | | | | | Matured | 06/23/11 | L | | |
| 125.  -Discover Bank DE CD | | | | | Matured | 06/23/11 | K | | |
| 126.  -First Bank of PUERTO RICO CD | | | | | Matured | 06/23/11 | L | | |
| 127.  -First Bank of PUERTO RICO CD | | | | | Matured | 06/23/11 | L | | |
| 128.  -First Bank of PUERTO RICO CD | | | | | Matured | 06/23/11 | K | | |
| 129.  -Cole Taylor Bank IL CD | | | | | Matured | 06/29/11 | L | | |
| 130.  -Cole Taylor Bank Il CD | | | | | Matured | 06/29/11 | L | | |
| 131.  -Cole Taylor Bank Il CD | | | | | Matured | 06/29/11 | K | | |
| 132.  -Banco Popular DE Puerto R-PR-CD | | | | | Buy | 06/28/11 | L | | |
| 133.  -Banco Popular DE Puerto R-PR-CD | | | | | Buy | 06/28/11 | L | | |
| 134.  -Banco Popular DE Puerto R-PR-CD | | | | | Buy | 06/28/11 | K | | |
| 135.  -GE Money Bank UT CD | | | | | Buy | 08/17/11 | L | | |
| 136.  -GE Money Bank UT CD | | | | | Buy | 08/17/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -GE Money Bank UT CD | | | | | Buy | 08/17/11 | K | | |
| 138. -Bank of Baroda-NY CD | | | | | Buy | 08/17/11 | L | | |
| 139. -Bank of Baroda-NY CD | | | | | Buy | 08/17/11 | L | | |
| 140. -Bank of Baroda-NY CD | | | | | Buy | 08/17/11 | K | | |
| 141. -Bank of Hapoalim B.M.-NY CD | | | | | Buy | 08/17/11 | L | | |
| 142. -Bank of Hapoalim B.M.-NY CD | | | | | Buy | 08/17/11 | L | | |
| 143. -Bank of Hapoalim B.M.-NY CD | | | | | Buy | 08/17/11 | K | | |
| 144. -GE Capital Financial Inc.-UT-CD | | | | | Buy | 09/28/11 | L | | |
| 145. -GE Capital Financial Inc.-UT-CD | | | | | Buy | 09/28/11 | L | | |
| 146. -GE Capital Financial Inc.-UT-CD | | | | | Buy | 09/28/11 | K | | |
| 147. -Beal Bank USA-NV CD | | | | | Buy | 09/28/11 | L | | |
| 148. -Beal Bank USA-NV CD | | | | | Buy | 09/28/11 | L | | |
| 149. -Bank of China NY- CD | | | | | Buy | 09/28/11 | L | | |
| 150. -Bank of China NY- CD | | | | | Buy | 09/28/11 | L | | |
| 151. -Bank of China NY- CD | | | | | Buy | 09/28/11 | K | | |
| 152. -Compass Bank-AL CD | | | | | Buy | 09/28/11 | L | | |
| 153. -Compass Bank-AL CD | | | | | Buy | 09/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Goldman Sachs Bank USA-NY CD | | | | | Buy | 09/28/11 | L | | |
| 155. -Goldman Sachs Bank USA-NY CD | | | | | Buy | 09/28/11 | L | | |
| 156. -Goldman Sachs Bank USA-NY CD | | | | | Buy | 09/28/11 | K | | |
| 157. -Clark Cnty Nev RFDG 1808 | | | | | | | | | |
| 158. -Lubbock Tex CTFS OBLIG Bond 5491 | | | | | | | | | |
| 159. -IL St. First Ser MBIA Bond 4521 | | | | | | | | | |
| 160. -Ohio St WTR DEV Auth Bond 6776 | | | | | | | | | |
| 161. -Norfolk Va RFDG CAP Bond 6558 Bvd | | | | | | | | | |
| 162. -Va Pub Sch Au Sch Bond 9281 | | | | | | | | | |
| 163. -Va Pub Bldg Au Bond 9281 | | | | | | | | | |
| 164. -Va Commonwealth GO Bond 9281 | | | | | | | | | |
| 165. -Puerto Rico Elec Pwr Bond 7452 | | | | | | | | | |
| 166. -Va College Bldg Auth Bond 9277 | | | | | | | | | |
| 167. -Loudon Cnty Va Bond 5458 | | | | | | | | | |
| 168. -Arlington Cty Va RFDG Pub Bond 0 | | | | | | | | | |
| 169. -Capital One (formerly Chevy Chase) Accounts | | | | | | | | | |
| 170. -Citibank Accounts | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Citibank CD | | | | | Matured | 09/26/11 | M | | |
| 172.  -Citibank CD | | | | | Buy | 09/26/11 | M | | |
| 173.  -U.S. Treasury Bill | | | | | Matured | 02/24/11 | O | | |
| 174.  -U.S. Treasury Bill | | | | | Buy | 02/23/11 | O | | |
| 175.  -U.S. Treasury Bill | | | | | Matured | 3/31/11 | O | | |
| 176.  -U.S. Treasury Bill | | | | | Matured | 02/24/11 | M | | |
| 177.  -U.S. Treasury Bill | | | | | Buy | 02/23/11 | M | | |
| 178.  -U.S. Treasury Bill | | | | | Matured | 03/31/11 | M | | |
| 179.  -U.S. Treasury Bill | | | | | Buy | 04/04/11 | O | | |
| 180.  -U.S. Treasury Bill | | | | | Matured | 05/12/11 | O | | |
| 181.  -U.S. Treasury bill | | | | | Buy | 05/11/11 | P1 | | |
| 182.  -U.S. Treasury Bill | | | | | Matured | 09/29/11 | P1 | | |
| 183.  -U.S. Treasury Bill | | | | | Buy | 07/05/11 | O | | |
| 184.  -U.S. Treasury Bill | | | | | Matured | 08/18/11 | O | | |
| 185.  -U.S. Treasury Bill | | | | | Buy | 09/29/11 | N | | |
| 186.  IRA | A | Int./Div. | L | T | | | | | |
| 187.  -Citigroup Inc. common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Citibank NA Bank Deposit Programs | | | | | | | | | |
| 189. Fidelity Ret Fund | B | Dividend | L | T | | | | | |
| 190. -Fidelity Fund K | | | | | | | | | |
| 191. -Fidelity MIP 11 C13 | | | | | | | | | |
| 192. -SPTN 500 Index ADV (formerly SPTN US EQ IND ADVAN) | | | | | Sold | 07/01/11 | J | B | |
| 193. -SPTN 500 Index INST | | | | | Buy | 07/01/11 | J | | |
| 194. -Spartan 500 Index (formerly Spartan US EQ Index) | | | | | Sold | 06/03/11 | J | B | |
| 195. -SPTN 500 Index INST | | | | | Buy | 06/11/11 | J | | |
| 196. Capital one (formerly Chevy Chase) Accounts | A | Interest | N | T | | | | | |
| 197. TIAA CREF | A | Dividend | K | T | | | | | |
| 198. -T-C Intl EQ-RTMT | | | | | | | | | |
| 199. -T-C Intl EQ-RTMT | | | | | | | | | |
| 200. -Cref Money Market | | | | | | | | | |
| 201. -Cref Money Market | | | | | | | | | |
| 202. Morgan Stanley Smith Barney Bank Deposit Program Accounts | A | Interest | K | T | | | | | |
| 203. Citibank Accounts | A | Interest | L | T | | | | | |
| 204. Citibank CD | | | | | Matured | 09/26/11 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Citibank CD | C | Interest | N | T | Buy | 09/26/11 | N | | |
| 206. 529 Plan #1 | A | Dividend | K | T | | | | | |
| 207. -American Funds Cap World Growth & Inc. | | | | | | | | | |
| 208. -American Funds American Balanced Fund | | | | | | | | | |
| 209. 529 Plan #2 | A | Dividend | K | T | | | | | |
| 210. -American Funds Cap World Growth & Inc. | | | | | | | | | |
| 211. -American Funds American Balanced Funds | | | | | | | | | |
| 212. 529 Plan #3 | B | Dividend | K | T | | | | | |
| 213. -American Funds Cap World Growth & Income | | | | | | | | | |
| 214. -American Funds Cap Income Builder | | | | | | | | | |
| 215. -American Funds American Balanced Fund | | | | | | | | | |
| 216. 529 Plan#4 | B | Dividend | K | T | | | | | |
| 217. -American Funds Cap World Growth & Income | | | | | | | | | |
| 218. -American Funds Cap Income Builder | | | | | | | | | |
| 219. -American Funds American Balanced Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LARO, DAVID | 05/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments and Trusts

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DAVID LARO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544